AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) |
|---|---|
| v. | ) |
| RAMOND JAMAL BRODEN, a/k/a "Chris" | ) Case No. 2:22-mj-00067 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 15, 2022 in the county of Kent in the Western District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute methamphetamine. |
| 21 U.S.C. § 841(b)(1)(C) | |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

*Joshua Filz*
*Complainant's signature*

S.A. Joshua Filz, HSI
*Printed name and title*

Date: **Dec 21, 2022**

*Phillip J. Green*
*Judge's signature*

City and state:  Grand Rapids, Michigan

Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*